AMERICAN RADIATOR COMPANY, Respondent, v. MONTAGUE COURT, INC., and Others, Defendants; COURT AND MONTAGUE STREET REALTY CORPORATION and Another, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.

MARGUERITE BOYCE, Respondent, v. HARRISON H. BOYCE, Appellant.— Motion for reargument denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.

CLARA BREEDVELD, as Administratrix, etc., of WILLIAM BREEDVELD, Deceased, Respondent, v. A. L. HARTRIDGE COMPANY, INC., Appellant, and Others, Defendants; BARTHOLOMEW BUILDING CORPORATION, INC., Impleaded Defendant, Appellant.— No. 899. Motion for reargument granted and case set down for Monday, October 2, 1933. No. 920. In view of the decision in motion No. 899, decided herewith, motion denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.

CARL CARLSON, Respondent, v. GEORGE PFOIL, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

MAYBELLE CLARK, Appellant, v. HARNISCHFEGER SALES CORPORATION, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.

NELLIE F. DAVISON, Appellant, v. HENRY E. JAHNKE and MARTHA E. JAHNKE Defendants, and RAYMON MALONE, Referee, Respondent.— Motion to resettle order of June 6, 1933, referred to the court that rendered the decision. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ. Order dated June 6, 1933, resettled by striking therefrom the words " without costs " and inserting in lieu thereof the words " with forty dollars disbursements to appellant." Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.

JOHN DOSCHER, as Administrator, etc., of LOUISE C. DOSCHER, Deceased, Respondent, v. JOVA TRUCK AND SALES Co., INC., Appellant, and Others, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.

SAMUEL M. ELLISON, Appellant, v. HENRY L. DOHERTY, Doing Business under the Firm Name and Style of HENRY L. DOHERTY & COMPANY, Respondent.— Motion for reargument of motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ.